## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 25-cv-02483-TPO

SUSANNA PETTY,

     Plaintiff,

v.

REMYS GARCIA ALBINO, in his individual capacity, and
WILLIAM CARR, in his official capacity,

     Defendants.

---

**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS DEFENDANTS AND CLOSE THE CASE**

---

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached an agreement to resolve the outstanding claims in this case. The parties hereby notify the Court that they were able to reach an agreement in this matter and, thus, current case deadlines and the July 14, 2026, status conference can be vacated by the Court.

IT IS HEREBY STIPULATED, therefore, by and between the parties in this matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Complaint and this cause of action be dismissed with prejudice as against each Defendant. Each party will be responsible for their own costs and fees.

IT IS FURTHER STIPULATED that upon presentment of this Stipulation, properly signed by the attorneys, the Court may enter an Order pursuant to the terms hereof and close this case.

1

Respectfully submitted this 9th day of July 2026.

s/ *Audrey DeRose Oliver*
Audrey DeRose Oliver
Edward C. Hopkins, Jr.
Civil Rights Litigation Group
1543 Champa St., Suite 400
Denver, CO 80202
T: (720) 515-6165
F: (720) 465-1975
ed@rightslitigation.com
audrey@rightslitigation.com
*Attorneys for Plaintiff Susanna Petty*

s/ *Christopher M. Napolitano*
Christopher M. Napolitano
Ensz & Jester, PC
1100 Main Street, Suite 2121
Kansas City, MO 64105
T: (816) 474-8010
F: (816) 471-7910
cnapolitano@enzjester.com
*Attorney for Defendant William Carr, in his official capacity on behalf of Ford County, Kansas*

s/ *Nathaniel T. Martens*
Nathaniel T. Martens
Fleeson, Gooing, Coulson & Kitch, LLC
301 N. Main Street, Suite 1900
P.O. Box 997
Wichita, Kansas 67201-0997
T: (316) 267-7361
F: (316) 267-1754
nmartens@fleeson.com
*Attorney for Defendant Remys Garcia Albino*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of July 2026, a true and correct copy

of the foregoing **JOINT NOTICE OF SETTLEMENT  AND STIPULATION TO DISMISS**

**DEFENDANTS AND CLOSE THE CASE** was electronically sent to the following:


**Christopher M Napolitano**
Ensz & Jester, PC
1100 Main Street, Suite 2121
Kansas City, MO 64105
T: (816) 474-8010
F: (816) 471-7910
cnapolitano@enzjester.com
*Attorney for Defendant William Carr, in his official*
*capacity on behalf of Ford County, Kansas*

**Nathaniel T. Martens**
Fleeson, Gooing, Coulson & Kitch, LLC
301 N. Main Street, Suite 1900
P.O. Box 997
Wichita, Kansas 67201-0997
T: (316) 267-7361
F: (316) 267-1754
nmartens@fleeson.com
*Attorney for Defendant Remys Garcia Albino*


*s/ Audrey DeRose Oliver*